UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>Aubrey Frazer,<br><br>            Defendant. | 23-cr-635 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 6, 2023, defendant Aubrey Frazer plead guilty before Magistrate Judge Jennifer E. Willis to one Count of Theft of Mail by Postal Service Officer or Employee in violation of Title 18, United States Code, Sections 1709 and 2. The Court has reviewed the transcript of the plea hearing and finds the Magistrate Judge's recommendation to accept the plea to be correct in all respects. The Court hereby accepts Aubrey Frazer plea of guilty. Sentencing will occur before the undersigned on April 10, 2024 at 4:00 P.M. in Courtroom 14B.

    SO ORDERED.

New York, NY
December 8, 2023

_____
JED S. RAKOFF, U.S.D.J.

1